

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2022

No. 04-22-00011-CR

Frederick O. **SILVER,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 671214
The Honorable Helen P. Stowe, Judge Presiding

# O R D E R

On February 9, 2022, we dismissed this appeal for want of jurisdiction. Frederick O. Silver's motions for a court order producing video recordings, directing the court reporter to provide copies of the reporter's record, removing Jaime Aldape as his counsel, and striking Aldape's response on January 21, 2022 are denied as moot.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court